1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **PIERRE DAVY,**                              Case No. 1:12-cv-00749 GSA

                                         Plaintiff,   **ORDER**
13

14                          **v.**

15  **A. SWANSON,**

16                                        Defendant.

17

18        The Court has considered the request by Defendant Swanson for a thirty-day extension to

19  respond to Plaintiff's complaint.  Good cause appearing, Defendant shall have until February 19,

20  2013, to file his response.

21  IT IS SO ORDERED.

22

23

24

25

26  IT IS SO ORDERED.

27      Dated:  __January 24, 2013__          _____/s/ Gary S. Austin_____
                                             UNITED STATES MAGISTRATE JUDGE
28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order (1:12-cv-00749 GSA)