IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PIERRE DAVY,** | Case No. 1:12-cv-00749 GSA |
| Plaintiff, | **ORDER** |
| v. | |
| **A. SWANSON,** | |
| Defendant. | |

The Court has considered the request by Defendant Swanson for a thirty-day extension to respond to Plaintiff's complaint. Good cause appearing, Defendant shall have until February 19, 2013, to file his response.

IT IS SO ORDERED.




IT IS SO ORDERED.

Dated:   **January 24, 2013**              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

1