IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE DAVY,<br><br>         Plaintiff,<br><br>    vs.<br><br>A. SWANSON,<br><br>         Defendants.<br>_____/ | 1:12-cv-00749-GSA-(PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO SERVE RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS<br><br>(Motion #26)<br><br>DEADLINE: August 7, 2013 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 18, 2013, defendant Swanson ("Defendant") filed a motion to extend time to serve responses to Plaintiff's request for production of documents, set one. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant is granted an extension of time until August 7, 2013 in which to serve responses to Plaintiff's request for production of documents, set one.

IT IS SO ORDERED.

 Dated:   July 25, 2013              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE