UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE DAVY,<br><br>            Plaintiff,<br><br>     vs.<br><br>A. SWANSON,<br><br>            Defendant. | 1:12-cv-00749-LJO-GSA-PC<br><br>ORDER GRANTING REQUEST TO TAKE PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE<br>(Doc. 29.) |

    Pierre Davy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff commenced this action on May 8, 2012.  (Doc. 1.)  This action is now in the discovery phase.  (Doc. 23.)  On August 23, 2013, Defendant filed a motion seeking leave to depose Plaintiff by video conference.  Fed. R. Civ. P. 30(b)(4).  (Doc. 29.)

    Good cause having been shown, Defendant's request is HEREBY GRANTED.

IT IS SO ORDERED.

    Dated:   **August 26, 2013**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE