# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PIERRE DAVY,** | **1:12-cv-00749-LJO-GSA-PC** |
| **Plaintiff,** | |
| **vs.** | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT** |
| **A. SWANSON, et al.,** | **PIERRE DAVY, CDCR # D-20396** |
| **Defendants.** | **DATE:** **November 21, 2013** |
| | **TIME:** **1:00 p.m.** |

_____/

Pierre Davy, CDCR # D-20396, a necessary and material witness in a settlement conference in this case on November 21, 2013, is confined in California State Prison, Los Angeles County (LAC), in the custody of the Warden.   In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #9, 501 I Street, Sacramento, California 95814, on Thursday, November 21, 2013 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, LAC, P.O. Box 8457, Lancaster, California 93539:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution.



IT IS SO ORDERED.

Dated:     **October 22, 2013**             **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE