UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE DAVY,<br><br>    Plaintiff,<br><br>  vs.<br><br>A. SWANSON,<br><br>    Defendant. | 1:12-cv-00749-LJO-GSA-PC<br><br>ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO STIPULATION<br>(Doc. 29.) |

Pierre Davy ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 21, 2013, a settlement conference was held before United States Magistrate Judge Craig M. Kellison, and a settlement agreement was reached, resolving the case in its entirety. On November 21, 2013, the parties filed a stipulated request for dismissal of this action, with prejudice, under Rule 41(a).

Good cause appearing, IT IS HEREBY ORDERED that:

1. This case is DISMISSED, with prejudice, on the terms of the parties' stipulation filed on November 21, 2013;
2. Each party shall bear its own litigation costs and attorney's fees; and
3. The Clerk is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  **November 22, 2013**        **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE